IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civil Action No. 5:22-cv-00400-BO

| | |
|---|---|
| CLINTON STRANGE,<br><br>    Plaintiff,<br><br>v.<br><br>KRAUSE AND KINSMAN, DC LLP;<br>a District of Columbia Limited Liability<br>Partnership & Does Nos. 1 through 5,<br><br>    Defendants, | **JOINT STIPULATION OF DISMISSAL<br>WITH PREJUDICE AS TO DEFENANT<br>KRAUSE AND KINSMAN, DC LLP**<br>Fed. R. Civ. P. 41(a)(1)(A)(ii) |

    This Joint Stipulation is entered into by and between Defendant Krause and Kinsman, DC LLP and Plaintiff Clinton Strange Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), The Defendant Krause and Kinsman, DC LLP, by and through undersigned counsel and Plaintiff Clinton Strange do hereby stipulate and agree that all matters giving rise to this action have been resolved and each party will bear their own costs.

    This 22 December 2022.

    /s/ Inez de Ondarza Simmons
    Inez de Ondarza Simmons
    North Carolina State Bar No. 34303
    DE ONDARZA SIMMONS PLLC
    4030 Wake Forest Road, Suite 319
    Raleigh, North Carolina 27609
    Telephone: (984) 837-0361
    Fax: (919) 277-1720
    Email: Inez@DeOndarzaSimmons.com
    Counsel for Defendants Krause and Kinsman
    DC LLP

1

*[signature: Clinton Strange]*
Clinton Strange
7021 Winburn Drive
Greenwood, LA 71033
 StrangeC982@gmail.com
*Pro Se* Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of North Carolina using the Court's CM/ECF system. I further certify that the foregoing was mailed to all of the Defendants by First Class Mail with the United States Postal Service, priority mail to:

Clinton Strange
7021 Winburn Drive
Greenwood, LA 71033

/s/ Inez de Ondarza Simmons
Inez de Ondarza Simmons