IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-400-BO-RJ

| | |
|---|---|
| CLINTON STRANGE, <br>     Plaintiff, <br> <br> v. <br> <br> KRAUS AND KINSMAN, DC LLP; <br> and DOES NO. 1-5, <br>     Defendants. | ORDER |

This cause comes before the Court on plaintiff's failure to respond to an order requiring him to file proof of service as to the Doe defendants. [DE 15]. Plaintiff has failed to respond within the time provided and his claims against the Doe defendants are therefore DISMISSED without prejudice. As plaintiff has stipulated to the dismissal of his claims against defendant Krause & Kinsman [DE 13] there remain no claims for adjudication. The clerk is DIRECTED to close the case.

SO ORDERED, this 23 day of March 2023.

*Terrence W. Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE