UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| CLINTON STRANGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| KRAUSE & KINSMAN, DC, LLP, and | ) | 5:22-CV-400-BO-RJ |
| DOES NO. 1-5, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**Decision by Court.**
This cause comes before the Court on plaintiffs failure to respond to an order requiring him to file proof of service as to the Doe defendants. [DE 15].

**IT IS ORDERED, ADJUDGED AND DECREED** that claims against the Doe defendants are therefore DISMISSED without prejudice. As plaintiff has stipulated to the dismissal of his claims against defendant Krause & Kinsman [DE 13] there remain no claims for adjudication.

This case is closed.

**This judgment filed and entered on March 23, 2023, and served on:**
Clinton Strange (via US Mail to 7021 Winburn Drive, Greenwood, LA 71033)

March 23, 2023

                PETER A. MOORE, JR., CLERK

                /s/ Lindsay Stouch
                By: Deputy Clerk